IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA ) CR. NO. 1:07CR52-CSC
) [21 USC 844 (a)]
v. )
)
HEATHER L. HENDERSON ) INFORMATION

The United States Attorney charges that:

On or about the 14th of October 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, HEATHER L. HENDERSON, did unlawfully, knowingly, and intentionally possess marijuana, marijuana being a Schedule I controlled substance, in violation of Title 21, Section 844(a), United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

| | |
|---|---|
| STATE OF ALABAMA | )   AFFIDAVIT |
| | ) |
| DALE COUNTY | ) |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman and Patrol Narcotic Detector Dog (PNDD) Handler at Fort Rucker, Alabama. Investigation revealed that at approximately 3:30 A.M., October 14, 2006, a brown Chevrolet Malibu parked at the DUI checkpoint at or near the parking lot adjacent to Building 6000, Fort Rucker, Alabama. The driver of the vehicle was identified as HEATHER L. HENDERSON. My PNDD, Rocky, was located at the scene and gave a positive response for the presence of drugs within the vehicle. Further search revealed a suspected marijuana cigarette remnant found in a cigarette box located in the driver side door of the vehicle. Ms. Henderson was apprehended and transported to the Military Police station, where she was advised of the Alabama implied consent law.

_____
CHAD M. THERIAULT, SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 7th day of FEBRUARY 2007.

_____
NOTARY PUBLIC
My commission expires: 13 DEC 2010