UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 1:07CR52-CSC |
| | ) | |
| HEATHER L. HENDERSON | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information heretofore filed in the above styled cause to HEATHER L. HENDERSON on the following grounds, to wit:

In the interest of justice.

Respectfully submitted this the 30th day of April, 2007.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Nathan T. Golden
NATHAN T. GOLDEN
Special Assistant United States Attorney
453 Novosel Street, Room 320
Fort Rucker, Alabama 36362
(334) 255-9708
Nathan.golden@conus.army.mil

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 107-CR-52-CSC |
| | ) |
| HEATHER L. HENDERSON | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2nd, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Assistant United States Attorney, and hereby certify that I have mailed by United States Postal Service the document to Heather L. Henderson, 17 Crain Street, Ft. Rucker, AL 36362.

NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 1:06CR52-CSC |
| | ) | |
| HEATHER L. HENDERSON | ) | |

## ORDER

Upon consideration of the Motion for Leave to Dismiss Information heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____day of _____2007.


_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE